# Exhibit B

Gladys Resto
████████████

February 1, 2022

To: Asst. U.S. Attorneys Artie McConnell
                             Francisco Navarro
                             Sam Wink

      I, Gladys Resto, am writing on behalf of my son, Sam Resto. As a parent we want the best for our children. I wanted my children to get an education, have a successful career and even have a family of their own someday. Sam was reading at 4 years old. As a young child he would come home from school and do his homework without being told to. He loved school and was academically advanced for his age. He was interested in the sciences and excelled at math. At the age of 8, he wanted to become a biological engineer. He even wrote on a piece of paper a list of goals he wanted to accomplish in his life. What child thinks of his future at the age of 8 ?

      He was very intelligent and curious about everything. If he did not find an answer to a question he would research through books. He still does that to this day. ███████



Life was hard afterwards, it was not easy. It was difficult to get a job at first because I was just a housewife with a lack of experience but I finally managed to get one. I worked 60 to 70 hours just so I can pay the rent and the bills. Sometimes I did not have enough money for food so we would ration the food we did manage to buy. My son Sam found a job being a helper at a construction company and he would help out. All of us moved forward but none of us went for counseling. We just bottled everything inside. What happened to us was not a movie…. it was real life. There is a lot more to this story, this is just a glimpse . All of my children suffered in different ways and I blame myself for it. I try my very

best to help them in every way possible but it can never erase the past, the childhood they deserved and give them back that innocence they once had.

     I want to show you some experiences that I shared with my son.

     Years later, my son Sam becomes an administrative assistant for a woman named Jocelyn Sackler. He worked very hard for his boss, he would work seven days a week. He eventually got promoted due to his strong work ethic and was doing very well at her company. He also bought himself two dogs he loved very much, Zoe and Archie. I mention these dogs because one of them got hit by a car, Archie. Everyone was telling him to put the dog to sleep but he wouldn't listen. He took the dog to the hospital and they told him that Archie would need an operation and it was expensive. He managed to borrow money from different people and saved that dog's life. He paid everyone back. He said those dogs were part of his family.

     When my son was living in Manhattan not too far from my job, he would take me out to eat at this 24 deli nearby. One night we went to eat and we sat in the back of the deli. As we were eating and talking, a homeless man approached the table and told my son "thank you". I didn't understand why he told him that and then the man said to me that Sam bought him a meal. My son never told me he did that and if the man never approached the table, I would have never known. On the same night as we left the deli we went walking down Lexington Avenue and another homeless man stopped him and they started talking and again this other stranger thanked him. Now I'm in the middle of the sidewalk looking at my son and said to him ….. Do you know every homeless person on Lexington Avenue ? I said to him that I wanted to know what this connection was about. He eventually told me that he also bought this man food and even allowed him to take a shower in his apartment. I was really surprised to hear that. I told him that it was a dangerous thing to do but he felt it was the right thing to do.



     I love my son Sam and upon his release he will have a place to stay. I will help him financially and prepare him for a new life. My family and I will be supportive in every way possible.

Gladys Resto