# Exhibit C

Dinorah Resto
[REDACTED]

February 1, 2022

RE: Sami Resto

To: Asst. U.S. Attorneys Artie McConnell
                             Francisco Navarro
                             Sara Winik

       I, Dinorah Resto, am writing on behalf of my nephew, Sam Resto. I've been a part of his life since the day he was born.

       I wish to start off by sincerely thanking you all for this opportunity to gain insight on my nephew, Sam Resto.

       As a child, Sami was somewhat of an introvert. He was focused on his studies and tried to do his best at school to gain his parent's approval, specifically his dads'. His home life was not ideal. The protection and guidance necessary for a growing child was not present at his early stages of life. [REDACTED]

       Despite his rough beginnings, Sami desired to excel in life. He is quite intelligent and resilient. As a teenager, he worked small jobs to try to help his mom. He was proud to contribute to the household even in a small way. It was a source of pride for Sami to be able to add food to the table for himself and siblings.

       While in school, he was bullied for carrying a name that was clearly Muslim, Sami Hussein Khalifeh. He grew to dislike this name. For Sami this name was synonymous with aggression, abuse and hatred. He desired a better life and wanted a name that would not carry instant judgment. Sami admired his grandfather, my dad, Julio Resto. He legally changed his name to Sam Resto. He wanted to move away from his ethnicity. He identified himself as an American and didn't want to be referred to as "an Arab". This is the reason that today he goes by the name Sam Resto. To me, he will always be my little Sami.

       Sami loves his family and attempts to be supportive in any way. [REDACTED] He has lent support and shown empathy towards my father's final days before passing away in September of 2020.

       Sami is passionate about equality and freedom of speech. He feels sympathetic towards the "underdog" and most likely identifies as such.

Scanned with CamScanner

I sincerely believe that if Sami is given the opportunity, he can redeem himself while paying his debt to society. Upon Sami's release, I am willing to lend support in any way necessary to assist my nephew's integration back into society.

I humbly thank you all for reading my letter.

Sincerely,

*Dinorah Resto*

Dinorah Resto

Scanned with CamScanner