UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

— against —

SAM RESTO,

               Defendant.

- - - - - - - - - - - - - - - - - - X

ORDER OF RESTITUTION

Criminal Docket No. 20-350 (NGG)

        WHEREAS, defendant SAM RESTO was sentenced on November 4, 2022, in the above-captioned case,

        1.    This order of restitution is incorporated by reference to the Judgment imposed on November 4, 2022.

        2.    The defendant is directed to pay restitution to the New York City Police Department in the amount of $14,065.35.

        3.    Restitution is due immediately, payable at the rate of 10% of the defendant's gross monthly income, earned and/or unearned from all sources, in monthly payments.

        4.    Monthly payments shall be made to the Clerk of the Court, United States District Court, 225 Cadman Plaza East, Brooklyn, N.Y. 11201. The payment instrument shall reference the case name and number, as set forth above.

        5.    The defendant shall notify the Court and the Financial Litigation Unit of the United States Attorney's Office, Eastern District of New York of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution. See 18 U.S.C. § 3664(k).

6. The restitution imposed is lien in favor of the United States on all property and rights to property of the person fined as if the liability of the person fined were a liability for a tax assessed under the Internal Revenue Code of 1986. The lien arises on the entry of judgment and continues for 20 years or until the liability is satisfied, set aside, or is terminated under subsection 18 U.S.C. § 3613(b). See 18 U.S.C. § 3613(c).

7. The Clerk is directed to distribute restitution payments *pro rata* to the victim at least once per year to the extent funds are available to distribute. The United States Department of Probation and the United States Attorney's Office are directed to provide to the Clerk whatever assistance is necessary to assure prompt distribution of restitution payments. The Clerk is directed to mail a copy of the instant document and the attachment to the Criminal Assistant assigned to the instant case and the Financial Litigation Unit of the United States Attorney's Office of the Eastern District of New York.

Dated:  Brooklyn, New York
        November 8, 2022

                                    s/Nicholas G. Garaufis
                                    ─────────────────────────
                                    HONORABLE NICHOLAS G. GARAUFIS
                                    UNITED STATES DISTRICT JUDGE